IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00405-01-CR-W-DW |
| | ) | |
| RAY E. KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 27) submitted by Magistrate Judge John T. Maughmer regarding Defendant's Motion to Suppress Evidence (Doc. 19). Defendant filed Objections (Doc. 28) to the Report and Recommendation. Pursuant to Rule 59(b)(3) of the Federal Rules of Criminal Procedure, a district judge must consider de novo any objection to a magistrate judge's recommendation. After an independent review of the record, the applicable law, and Defendant's objections and original motion, the Court adopts the Magistrate's findings of fact and conclusions of law and accepts the recommendation.

Accordingly, it is ORDERED that:

1) Defendant's Motion to Suppress Evidence (Doc. 19) is DENIED; and

2) The Magistrate Judge's Report and Recommendation (Doc. 27) shall be attached to and made a part of this Order.

IT IS SO ORDERED.

Date: August 9, 2016              /s/ Dean Whipple
                                  Dean Whipple
                                  United States District Judge